(Reap. Dec. 8911)

HIPAGE CO., INC., FOR ACCOUNT OF
UNITED MERCHANTS AND MANUFACTURERS, INC. *v.* UNITED STATES

Entry No. 60.

(Decided July 10, 1957)

*Fred Bennett*; *John D. Rode*, associate counsel; for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff and the Assistant Attorney General for the United States, subject to the approval of the Court, that at the time of exportation of the merchandise covered by the above entitled reappraisement, the market value or the price at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country of exportation in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States was the invoice unit price and that there was no higher foreign value.

IT IS FURTHER STIPULATED AND AGREED that the appeal may be deemed submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was the invoice unit price.

Judgment will be entered accordingly.